BRIDGET MURPHY v. ST. PAUL CITY RAILWAY COMPANY.[1]

December 23, 1895.

Nos. 9748—(223).

**Appeal—New Trial—Sufficiency of Evidence.**

Great weight is given by this court to the opinion of the trial judge in granting a new trial for insufficiency of the evidence to justify the verdict. Hicks v. Stone, 13 Minn. 398 (434) followed.

**Same.**

Upon a careful perusal of the evidence, and mature reflection, it is *held* that the evidence in this case is so far from being manifestly and palpably in favor of the verdict that the preponderance thereof is against it.

[1] Reported in 65 N. W. 356.

Appeal by plaintiff from an order of the district court for Ramsey county, Otis, J., granting a motion for a new trial.    Affirmed.

*Edgerton & Wickwire*, for appellant.

*Munn, Boyesen & Thygeson*, for respondent.

BUCK, J.    This case comes within the rule laid down in Hicks v. Stone, 13 Minn. 398 (434), and repeatedly followed by this court; and the evidence is so far from being manifestly and palpably in favor of the verdict that the preponderance thereof is against it. As great weight is given by this court to the opinion of the trial judge, and there appears no abuse of his discretion, the order granting a new trial is affirmed.